BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

WILLIAM J. EDELMAN (CABN 285177)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Email: william.edelman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 14-00503-NJV |
| Plaintiff, | ) ) ) | STIPULATED MOTION TO |
| | ) | WITHDRAW GUILTY PLEAS AND |
| | ) | [~~PROPOSED~~] ORDER |
| v. | ) | TO DISMISS INFORMATION |
| | ) | |
| CHRISTOPHER KONECNY, and | ) | |
| JOM CHANPONG | ) | |
| | ) | |
| Defendants. | ) | |

    Pursuant to Rules 11(d)(2)(B) and 48(a) of the Federal Rules of Criminal Procedure, in

light of the Defendants' successful completion of their diversion programs, and by leave of Court

endorsed hereon, the Defendants hereby move to withdraw their pleas of guilty, and the Acting

//

//

//

//

//

1

1   United States Attorney for the Northern District of California hereby dismisses the captioned

2   Information as to defendants Christopher Konecny and Jom Chanpong, with prejudice.

3

4                                              BRIAN J. STRETCH
                                               Acting United States Attorney

5   DATED: February 29, 2016                   */s/ William J. Edelman*
                                               WILLIAM J. EDELMAN
6                                              Special Assistant United States Attorney

7

8   DATED:  February 29, 2016

9                                              _____/s/_____
                                               TED W. CASSMAN
10                                             Counsel for Defendant Konecny

11

12  DATED:  February 29, 2016

13                                             _____/s/_____
                                               DANIEL BLANK
14                                             Counsel for Defendant Chanpong

15                               [~~PROPOSED~~] ORDER

16

17          A fair and just reason having been shown, the stipulated motion to withdraw the

18  defendants' guilty pleas is GRANTED, and leave of court is granted to file the foregoing

19  dismissal with prejudice.

20

21  **IT IS SO ORDERED**

22

23  Dated: ___3/1/2016___

24                                             NANDOR J. VADAS
                                               U.S. Magistrate Judge

25

26

27

28                                       2